UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>,<br>VICTORIANO HERNANDEZ-HERNANDEZ,<br>Defendant. | Case No. 3:26-cr-00386-CRB-1<br><br>ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY |

The defendant Victoriano Hernandez-Hernandez is ordered released from the custody of the United States Marshal on Thursday, August 27, 2026, at 450 Golden Gate Ave, San Francisco, CA 94102, based on a sentence of time served plus one day.

**IT IS SO ORDERED.**

DATED: August 26, 2026

HONORABLE CHARLES R. BREYER
Senior United States District Judge